THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL MURPHY,<br><br>  Defendant. | CASE NO. CR11-0120-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to renote Defendant's motion to modify term of imprisonment and set briefing schedule (Dkt. No. 1227). Finding good cause, the motion is GRANTED. The Clerk is DIRECTED to renote Defendant's motion (Dkt. No. 1226) to November 26, 2020. The Government's response is due November 20, 2020. Any reply brief is due November 26, 2020.

DATED this 13th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR11-0120-JCC
PAGE - 1